**Jamshid FARSHIDI, Plaintiff—Appellant,**

v.

**NORFOLK STATE UNIVERSITY, Defendant—Appellee.**

**No. 03–1933.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 3, 2003.

Decided: July 27, 2004.

Jamshid Farshidi, Appellant pro se.

Guy Winston Horsley, Jr., Martha Murphey Parrish, Assistant Attorneys General, Richmond, Virginia, for Appellee.

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

* The court previously dismissed Kelly's appeal as to all other issues.

PER CURIAM:

Dr. Jamshid Farshidi appeals from the district court's order granting summary judgment to Defendant on his Title VII, due process, and state law claims. We have reviewed the record and find no reversible error. Accordingly, we deny Dr. Farshidi's motion for appointment of counsel and affirm on the reasoning of the district court. *See Farshidi v. Norfolk State Univ.*, No. CA–03–56–2 (E.D. Va. filed July 9, 2003 & entered July 10, 2003).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*